Jonathan C. Bunge
Joshua Z. Rabinovitz
Peter J. Wozniak
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERVIPRONTO DE EL SALVADOR, S.A., <br><br>　　　　　Plaintiff, <br><br>　- against - <br><br>MCDONALD'S CORPORATION, <br><br>　　　　　Defendant. | Case No.:　　1:11-cv-04519-PAC <br><br> ECF Case |

### DECLARATION OF JONATHAN C. BUNGE IN SUPPORT OF MOTION OF DEFENDANT MCDONALD'S CORPORATION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY

I, JONATHAN C. BUNGE, declare as follows:

1. I have been admitted to the Bar of this Court *pro hac vice* for the above-captioned matter and I am a member of the law firm of Kirkland & Ellis LLP, counsel for McDonald's Corporation. I submit this declaration in support of the Motion of Defendant McDonald's Corporation to Dismiss, or in the Alternative, to Stay.

2. Attached hereto as Exhibit 1 is a chart depicting the procedural history of the underlying litigation in El Salvador.

3. Attached hereto as Exhibit 2 is a true and correct copy of the certified translation of the October 8, 2010 Order of the Constitutional Chamber of the Supreme Court of Justice of El Salvador.

4. Attached hereto as Exhibit 3 is a true and correct copy of the certified translation of the March 11, 2011 Order of the Constitutional Chamber of the Supreme Court of Justice of El Salvador.

5. Attached hereto as Exhibit 4 is a true and correct copy of the original October 8, 2010 Order of the Constitutional Chamber of the Supreme Court of Justice of El Salvador, in Spanish.

6. Attached hereto as Exhibit 5 is a true and correct copy of the original March 11, 2011 Order of the Constitutional Chamber of the Supreme Court of Justice of El Salvador, in Spanish.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of August, 2011 at Chicago, Illinois.

Dated: August 19, 2011                          Respectfully submitted,

                                                /s/ Jonathan C. Bunge
                                                Jonathan C. Bunge