UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SERVIPRONTO DE EL SALVADOR, S.A.,  : Case No.: 1:11-cv-04519-(KPF)
:
                 Plaintiff, :
   - against – :   **NOTICE OF MOTION TO**
: **WITHDRAW AS ATTORNEYS OF**
: **RECORD**
:
MCDONALD'S CORPORATION, :
:
                Defendants. :
---------------------------------------------------------------X

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and the January 23, 2017 Declaration of Alan D. Zuckerbrod, Wilk Auslander LLP ("WA") will hereby move this Court pursuant to Rule 1.4 of the Local Civil Rules of the United States District Court for the Southern District of New York, before the Honorable Katherine Polk Failla, at the Thurgood Marshall United States Courthouse, Courtroom 618, located at 40 Foley Square, New York, New York 10007, at a date and time to be determined by the Court, for an Order granting: (i) WA leave to withdraw as attorneys of record for Plaintiff Servipronto de El Salvador, S.A. ("Servipronto") in the above-captioned action, (ii) Servipronto thirty (30) days to procure replacement counsel; and (iii) such other and further relief as the Court may deem just and proper.

Dated: January 23, 2017
       New York, New York

                                          WILK AUSLANDER LLP

                        By: _____
                                           Alan D. Zuckerbrod
                                           Scott J. Watnik
                                           1515 Broadway, 43rd Floor
                                           New York, New York 10036
                                           Tel.: (212) 981-2300
                                           Fax: (212) 752-638

                                           *Attorneys for Plaintiff*
                                           *Servipronto de El Salvador, S.A.*

1
00947069.1

TO:

Jonathan C. Bunge
Quin Emanuel Urquhart & Sullivan, LLP
500 West Madison Street, Suite 2450
Chicago, IL 60661
Tel.: (312) 705-7400

Servipronto de El Salvador, S.A.
Primera Calle Poneinete y 63 Ave, NorteEdif A&M Local C-10
Col Escalon, San Salvador, El Salvador, C.A.

# CERTIFICATE OF SERVICE

    I, Katina Wingate, hereby certify that, on January 23, 2017, a copy of: (i) this Notice of Motion of Wilk Auslander LLP in Support of Motion To Withdraw As Counsel Of Record To Plaintiff Servipronto de El Salvador, S.A.; (ii) Memorandum of Law in support thereof; and (iii) Declaration of Alan D. Zuckerbrod in support thereof, was delivered by FedEx to the following address:

Servipronto de El Salvador, S.A.
Primera Calle Poneinete y 63 Ave, NorteEdif A&M Local C-10
Col Escalon, San Salvador, El Salvador, C.A.

and by email to: servipronto@gmail.com.

Dated:  New York, New York
        January 23, 2017

                                                        */s/ Katina Wingate*
                                                    KATINA WINGATE
                                                    Wilk Auslander LLP
                                                    1515 Broadway, 43rd Floor
                                                    New York, New York 10036
                                                    Tel.: (212) 981-2300
                                                    Fax: (212) 752-6380
                                                    kwingate@wilkauslander.com

00947069.1