

# LAZARE POTTER GIACOVAS & MOYLE LLP

875 THIRD AVENUE, FLOOR 28
NEW YORK, NEW YORK 10022
T: 212.758.9300
F: 212.888.0919
LPGMLAW.COM

Direct: (212) 784-2407
jmoyle@lpgmlaw.com

By ECF

October 12, 2018

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

Re: *Servipronto de El Salvador, S.A. v. McDonald's Corp.* (No. 11-cv-04519)

Dear Judge Failla:

    I am counsel of record for Plaintiff Servipronto de El Salvador ("Servipronto"), appearing on a limited basis, until November 30, 2018. (Dkt. 150; see also Dkt. 151). By Order dated September 17, 2018 (Dkt. 151), the Court informed the parties that it would not consider a letter request from Mr. Arnulfo Hernandez Lemus, Head Counsel for Servipronto, because it was submitted directly by Mr. Hernandez Lemus. Because corporations are not permitted to proceed *pro* se, the Court's Order indicates that "any communications with the Court must still be filed by counsel of record . . . ." (Id.)

    Without waiving the limited scope of my appearance, in light of the Court's September 17, 2018 Order, and at Servipronto's direction, I respectfully submit the attached letters from Hernandez Lemus, dated September 28, 2018 and October 1, 2018, to the Court's attention.

Respectfully,

James F. Moyle

(attachments)

cc:    Mr. Arnulfo Hernandez Lemus (by email)
          Jonathan Bunge, Esq. (by email)