UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERVIPRONTO DE EL SALVADOR, S.A.,<br><br>                    Plaintiff,<br><br>          -v.-<br><br>MCDONALD'S CORP.,<br><br>                    Defendant. | 11 Civ. 4519 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of several email communications from Plaintiff, Servipronto de El Salvador S.A. ("Servipronto"), in the Spanish language, that appear to discuss recent developments in El Salvador. In response to earlier communications directly from Plaintiff, the Court explained that "[b]ecause corporations are not permitted to proceed *pro se*, any communications with the Court must still be filed by counsel of record[.]" (Dkt. #151).

The Court observes the appearance of new counsel for Plaintiff, Mr. Michael Darren Traub, dated November 28, 2018. (Dkt. #161). Plaintiff is directed not to file additional communications directly with the Court, as this violates the prohibition on *pro se* representation by corporations. Mr. Traub is directed to confer with Defendant's counsel and file a joint status letter regarding any developments in the case since the last joint letter of the parties dated February 14, 2018. (Dkt. #145). The parties are ORDERED to file this joint letter on or before **May 3, 2019.**

SO ORDERED.

Dated: April 2, 2019
        New York, New York

                                             KATHERINE POLK FAILLA
                                             United States District Judge