**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
SERVIPRONTO DE EL SALVADOR, S.A.,

                  Plaintiff,

-against-                   11 **CIVIL** 4519 (KPF)

## JUDGMENT

McDONALD'S CORPORATION,

                  Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 6, 2020, Defendant's motion to dismiss is granted and Plaintiff's motion for summary judgment is denied; accordingly, this case is closed.

**Dated:** New York, New York

    April 8, 2020

                                              **RUBY J. KRAJICK**
                                           _____
                                             **Clerk of Court**
        **BY:**
                                           _____
                                             **Deputy Clerk**